IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| HOWARD T. TUNSTALL, | ) | Case No. 4:09CV00005 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered affirming the Commissioner's final decision, granting the Commissioner's Motion for Summary Judgment, and dismissing this case from the docket of the Court. The *Report* was filed on January 11, 2010, from which the parties had ten (10) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED,** the Commissioner's final judgment is **AFFIRMED**, and the Clerk is directed to **DISMISS** this case from the docket.

The Clerk is directed to send a copy of this *Order* to Plaintiff as well as to Magistrate Judge Crigler.

ENTERED this 4th day of February, 2010.

    s/Jackson L. Kiser
    Senior United States District Judge